UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RUBY PARKER,**

    **Plaintiff,**

**v.**                                         Case No.  8:06-cv-1056-T-30EAJ

**LIFE INSURANCE COMPANY OF AMERICA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #19).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1056.dismissal 19.wpd